Russell J. Singer
PO Box 485
Laguna Beach, CA 92652
russell@adobejudgmentcollections.com
Tel: 949.280.4336
Assignee/Judgment Creditor, In Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL J. SINGER, substituted Plaintiff/Judgment Creditor | **CASE NUMBER:** CV-2:22-cv-09278-RGK-MAR |
| **Plaintiff(s)** | |
| V. DANYELLE RAMIREZ | **WRIT OF EXECUTION** |
| **Defendant(s)** | |

TO:  **THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA**

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On October 26, 2022 a judgment was entered in the above-entitled action in favor of:

RUSSELL J. SINGER, substituted Plaintiff/Judgment Creditor per Order entered June 8, 2026 (judgment originally entered in favor of LENARD E. SCHWARTZER, in his capacity as CHAPTER 7 TRUSTEE)

as Judgment Creditor and against:

DANYELLE RAMIREZ

as Judgment Debtor, for:

$ 54,986.08 Principal,
$ 0.00 Attorney Fees,
$ 0.00 Interest **, and
$ 0.00 Costs, making a total amount of
$ 54,986.08 **JUDGMENT AS ENTERED**

**\*\*NOTE:  JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.**

**WRIT OF EXECUTION**

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the** Central _____ **District of** Nevada _____ , to wit:

$ _____ 9,135.81 accrued interest, and

$ _____ 0.00 accrued costs, making a total of

$ _____ 9,135.81 **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $ 44.00 _____ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ _____ 64,077.89 **ACTUALLY DUE** on the date of the issuance of this writ of which

$ _____ 54,986.08 Is due on the judgment as entered and bears interest at 4.57 _____ percent per annum, in the amount of $ 6.88 _____ per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

Dated: 6-17-26 _____

By: _____ Deputy Clerk

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

Danyelle Ramirez
1303 Valiant Street
Lancaster, CA 93534

**NOTICE TO THE JUDGMENT DEBTOR**

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.

**WRIT OF EXECUTION**

CV-23 (6/01)                                                                                                    PAGE 3 OF 3



Russ Singer

P.O Box 485

LAguna Bch CA
        92652

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 17 2026
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

SUB

Retail

U.S. POSTAGE PAID
FCM LG ENV
CORONA DEL MAR
CA 92625
JUN 15, 2026
$2.17

90012

RDC 99            S2323Y500534-23

Clerk of Court

U.S District Court

255 E. Temple St

LA CAlif
                90012