Russell J. Singer
P.O. Box 485
Laguna Beach, California 92652
Telephone: (949) 280-4336
Email: russell@adobejudgmentcollections.com
Judgment Creditor, in pro per

LODGED
CLERK, U.S. DISTRICT COURT
OCT - 7 2026
CENTRAL DISTRICT OF CALIFORNIA
BY ong DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUSSELL J. SINGER, substituted Plaintiff and Judgment Creditor (assignee of Lenard E. Schwartzer, Chapter 7 Trustee),<br><br>v.<br><br>DANYELLE RAMIREZ,<br><br>Defendant and Judgment Debtor. | Case No. 2:22-cv-09278-RGK-MAR<br>Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER FOR SALE OF DWELLING**<br>**[Cal. Code Civ. Proc. §§ 704.780, 704.820]**<br><br>Hearing: ____________, 2026, 9:00 a.m.<br>Courtroom 850, 8th Floor<br>Hon. R. Gary Klausner |

The noticed application of judgment creditor Russell J. Singer ("Judgment Creditor") for an order for sale of the interest of judgment debtor Danyelle D. Ramirez ("Judgment Debtor") in the dwelling located at 471 Canyon Vista Drive, Los Angeles, California 90065 (the "Dwelling") came on for hearing on ______________________, 2026, in Courtroom 850, pursuant to this Court's Order to Show Cause. The Court has considered the Application, the Declaration of Russell J. Singer and exhibits, the proofs of service, any opposition and reply, and the arguments presented at the hearing. Good cause appearing, the Court finds and orders as follows.

**FINDINGS**

1. On March 28, 2022, the United States Bankruptcy Court for the District of Nevada entered a judgment against Judgment Debtor in the amount of $54,986.08 in Adversary Proceeding No. 21-01200-ABL. The judgment was registered in this Court under 28 U.S.C. § 1963 on October 26, 2022, and Judgment Creditor was substituted as judgment creditor by order entered June 8, 2026 (ECF No. 23).

2. A writ of execution issued on August 6, 2026 (ECF No. 27). On August 28, 2026, the United States Marshal levied on Judgment Debtor's interest in the Dwelling by recording a notice of levy with the Los Angeles County Registrar-Recorder as Instrument No. 20260647224 and by serving an occupant of the Dwelling. The levying officer mailed its notice under California Code of Civil Procedure section 704.750(a) in the companion action on September 17, 2026, and confirmed on October 1, 2026 that the levy in this action remains active; the Application was made, and a copy delivered to the levying officer, within the time measured from that date.

3. The Order to Show Cause, the Application and the Judicial Council notice of hearing (Form EJ-180) were served on Judgment Debtor and on the occupant of the Dwelling as required by section 704.770(b), at least 30 days (35 days if by mail) before the hearing, as shown by the proofs of service on file.

4. The Dwelling is a single-family residence located at 471 Canyon Vista Drive, Los Angeles, California 90065, Assessor's Parcel No. 5465-009-016, legally described as: LOT 107 OF LE MOYNE TERRACES TRACT NO. 2, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 9 PAGE 118 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

5. Judgment Debtor's interest in the Dwelling is the undivided 25 percent interest conveyed by deed recorded April 12, 2018 as Instrument No.

20180355773 to "Danyelle D. Ramirez, a married woman as her sole and separate property."

6. The records of the Los Angeles County Assessor do not indicate a current homeowner's exemption or disabled veteran's exemption for the Dwelling claimed by Judgment Debtor or her spouse. The burden of proving that the Dwelling is a homestead therefore rested on the person claiming it. Cal. Code Civ. Proc. § 704.780(a)(1).

7. No person has established that the Dwelling is the homestead of Judgment Debtor or her spouse. The Court determines that Judgment Debtor's interest in the Dwelling is not exempt. Cal. Code Civ. Proc. § 704.780(b).

8. The liens and encumbrances on the Dwelling, and on Judgment Debtor's interest in it, are those set forth in paragraph 12 of the Application. The judgment is not based on a consumer debt.

9. The Dwelling is held in undivided interests by Judgment Debtor and two co-owners. Under section 704.820(a), Judgment Debtor's interest, and not the Dwelling, is to be sold. Judgment Creditor also holds the judgment against Dianne J. Hutchings in Singer v. Hutchings, No. 2:22-cv-09142-RGK-JPR, whose 50% interest in the Dwelling was separately levied and is the subject of a parallel application. The interest of co-owner Bryan Centola has not been levied and is not affected by this Order.

**ORDER**

IT IS HEREBY ORDERED that the Application is GRANTED and that Judgment Debtor's interest in the Dwelling, namely the undivided 25% interest described in Finding 5 above, is to be sold by the United States Marshal for the Central District of California, as levying officer, in the manner provided by California Code of Civil Procedure section 704.780 and Article 6 (commencing with section 701.510) of Chapter 3 of Division 2 of Title 9 of Part 2 of that Code,

pursuant to the writ of execution issued in this action (ECF No. 27) and the levy recorded on August 28, 2026 as Instrument No. 20260647224.

IT IS FURTHER ORDERED that Judgment Debtor's interest in the Dwelling is not exempt and shall be sold free of any homestead exemption.

IT IS FURTHER ORDERED that this Order is without prejudice to the interest of co-owner Bryan Centola.

IT IS FURTHER ORDERED that the proceeds of the sale shall be distributed by the levying officer as provided in section 704.850 or section 701.810, as applicable.

IT IS FURTHER ORDERED that the Clerk shall transmit a certified copy of this Order to the United States Marshal for the Central District of California as levying officer. Cal. Code Civ. Proc. § 704.780(c). Judgment Creditor shall serve a copy of this Order on Judgment Debtor personally or by mail and on the occupant of the Dwelling.

IT IS SO ORDERED.

Dated: ______________________, 2026

________________________________________

HON. R. GARY KLAUSNER

UNITED STATES DISTRICT JUDGE